FEBRUARY 1, 1971

No. 1219. CONFEDERATION LIFE ASSN. *v.* VEGA Y ARMINAN. Dist. Ct. App. Fla., 3d Dist. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

FEBRUARY 3, 1971

No. 89. LEMON ET AL. *v.* KURTZMAN, SUPERINTENDENT OF PUBLIC INSTRUCTION OF PENNSYLVANIA, ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 397 U. S. 1034];

No. 153. TILTON ET AL. *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. Conn. [Probable jurisdiction noted, *sub nom. Tilton* v. *Finch,* 399 U. S. 904];

No. 569. EARLEY *v.* DiCENSO ET AL.; and

No. 570. ROBINSON, COMMISSIONER OF EDUCATION OF RHODE ISLAND, ET AL. *v.* DiCENSO ET AL. Appeals from D. C. R. I. [Probable jurisdiction noted, *ante,* p. 901.] Motion to postpone oral argument denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.